

**TA LEGAL GROUP PLLC**
WWW.TALEGALGROUP.COM

**TAIMUR ALAMGIR, ESQ.**
DIRECT: (914) 552-2669
EMAIL: tim@talegalgroup.com

**TA LEGAL GROUP PLLC**
315 MAIN STREET, SECOND FLOOR
HUNTINGTON, NY !1743

June 21, 2024

**VIA EMAIL**

Honorable Jennifer H. Rearden
United States District Court
500 Pearl Street
New York, NY 10007

Re:    *Hayes v. 355 Restaurant Group LLC, et al.,* **S.D.N.Y. Case No. 24-CV-3468 (JHR)**

Your Honor:

This firm represents Plaintiff Kayleigh Hayes ("Plaintiff").

I write to request that, in the event the Court denies Plaintiff's application for extension of time to file an Amended Complaint until July 31, 2024 (ECF No. 13), that the Court alternatively extend the deadline for Plaintiff to oppose the MSB Defendants' motion to dismiss (today) through July 1, 2024. This is the first request for extension of the aforesaid deadline.

This alternative request is on consent of counsel for the MSB Defendants, following discussions between the undersigned and the MSB Defendants' lead counsel, Mr. Pardo.

I thank the Court for considering this (alternative) consented extension request and apologize for the lateness of this request.

Very Truly Yours,
**TA LEGAL GROUP PLLC**

By: _____
Taimur Alamgir

Application GRANTED.  By **Wednesday, July 31, 2024**, Plaintiff shall either amend the Complaint or oppose the pending motion to dismiss, *see* ECF No. 11.

The Clerk of Court is directed to terminate ECF Nos. 16 and 17.

SO ORDERED.

Jennifer H. Rearden, U.S.D.J.
Dated: June 24, 2024