

WWW.TALEGALGROUP.COM

**TAIMUR ALAMGIR, ESQ.**
DIRECT: (914) 552-2669
EMAIL: tim@talegalgroup,com

**TA LEGAL GROUP PLLC**
315 MAIN STREET, SECOND FLOOR
HUNTINGTON, NY !1743

September 11, 2024

**VIA ECF**
Honorable Jennifer H. Rearden
United States District Court
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/11/2024
```

Re:     *Hayes v. 355 Restaurant Group LLC, et al.* SDNY Case No. 24-CV-3468

Dear Judge Rearden:

This firm represents Plaintiff Kayleigh Hayes ("Plaintiff"). I write to request a very brief *nunc pro tunc* extension of the September 10, 2024 deadline to file both opposition and/or a Second Amended Complaint in opposition to the 2 pending Motions to Dismiss, until September 11, 2024.

I apologize for the timing of this extension request, which is necessitated due to a very ill-timed computer crash that prevented the undersigned from filing both the opposition papers to the MSB Defendants' Motion to Dismiss and a Second Amended Complaint in response to the 355 Defendant' Motion to Dismiss in a timely manner.

I also notified Chambers and opposing counsel of this issue by email last night and am working to address the IT issues and hope to file both overdue above-referenced filings shortly.

I apologize for this delay and respectfully request Your Honor's indulgence.

*Plaintiff's request to extend the deadline to respond to the MSB Defendants' and the 355 Defendants' motions to dismiss is GRANTED nunc pro tunc. Plaintiff shall oppose the motions or seek leave to amend the First Amended Complaint (ECF No. 27) by **September 11, 2024**.*

*The Clerk of Court is directed to terminate ECF No. 47. SO ORDERED.*

*Jennifer H. Rearden, U.S.D.J.*
*Dated: September 11, 2024*

Very Truly Yours,
**TA LEGAL GROUP PLLC**

/s/

By: _____
Taimur Alamgir

1