UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAYLEIGH HAYES,

                Plaintiff,

-v.-

355 RESTAURANT GROUP et al.,

                Defendant.

24 Civ. 3468 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

    The Court has been informed that Plaintiff and Defendants MSB Hospitality LLC and Martin Borkan (the "MSB Defendants") have reached a settlement in this Fair Labor Standards Act ("FLSA") case. A proposed settlement has been submitted for the Court's approval. *See* ECF No. 83. The proposed settlement provides for an aggregate payment of $7,500 in connection with Plaintiff's FLSA and New York Labor Law ("NYLL") claims, with (1) $5,000.00 to be apportioned to Plaintiff, and (2) the remainder of the settlement sum ($2,500.00) allocated to Plaintiff's counsel, TA Legal Group PLLC, in attorney's fees and costs. *See id.* at 2.

    The Court has reviewed the terms of the proposed settlement and finds them to be fair and reasonable under *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 203, 206 (2d Cir. 2015).

    Accordingly, the proposed settlement is approved, and the MSB Defendants are hereby DISMISSED WITH PREJUDICE. This approval is subject to the following condition: Any modification of the settlement agreement must be approved by the Court, regardless of any provision in the agreement that purports to allow the parties alone to modify it. The Court shall retain jurisdiction solely to resolve any disputes arising from the settlement agreement and the settlement of this action.

The Clerk of Court is directed to terminate all deadlines as to MSB Hospitality LLC and Martin Borkan. The Clerk of Court is further directed not to close this case. All prior orders, dates, and deadlines in connection with Plaintiff's claims against Defendants 355 Restaurant Group LLC, Pir Granoff, Matthew Arnold, Ashwin Deshmukh, Something Good Supper Club, LLC, Something Short, LLC, Sando Supplies LLC, Raphael Khutorsky, Ilan Khutorsky, and Jeckson Leonardo shall remain in effect.

SO ORDERED.

Dated: May 1, 2025
New York, New York

*Jennifer H. Rearden*
JENNIFER H. REARDEN
United States District Judge