**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

KAYLEIGH HAYES,

*Plaintiff,*

v.

355 RESTAURANT GROUP, LLC, *et al.,*

*Defendants.*

24 CV 3468 (RMB)

**ORDER**

The Court held a status conference this morning. It was helpful in so far as the Plaintiff and her counsel and the 355 principals and their counsel were present. And, those who attended today seemed interested in pursuing settlement with the help of Magistrate Judge Robert W. Lehrburger. Those principals and/or their attorneys who did not appear today erred by neither attending nor advising the Court why they failed to be present.

The Court directs those who are interested in a resolution of this case should contact Judge Lehrburger to set up a settlement process. That would include Messers Taimur Alamgir and Daniel Jack Blum.

As to the missing parties at today's conference, namely the SGH Defendants and their counsel, they are responsible for purchasing the transcript for today's conference. And, they are directed to contact the stenographer's office (tel: 212-805-0300, Mr. Dana Schaaf) and to order the transcript immediately.

Date: March 5, 2026
New York, New York

_____
**RICHARD M. BERMAN, U.S.D.J.**

cc: Magistrate Judge Robert W. Lehrburger