UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

KAYLEIGH HAYES,                              :
                                             :
                          Plaintiff,         :        24-CV-3468 (RMB) (RWL)
                                             :
           - against -                       :
                                             :        **ORDER**
355 RESTAURANT GROUP LLC, et al.,            :
                                             :
                          Defendants.        :
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As discussed at the pre-settlement conference held on March 31, 2026, Plaintiff's counsel shall notify the settled-defendant that the Court is directing Plaintiff to disclose to defense counsel and the Court the monetary terms of the non-public portion of the settlement with Plaintiff.  Disclosure will be solely for purposes of settlement discussions and will be limited to outside counsels' eyes only.  Plaintiff's counsel shall provide this notice, including a copy of this order, no later than **April 2, 2026**.  The limited disclosure of information is to be made by Plaintiff no later than **April 15, 2026**.  Any objection to this limited disclosure shall be made no later than **April 9, 2026**.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: March 31, 2026
        New York, New York

Copies transmitted this date to all counsel of record.

1