**TA** LEGAL GROUP PLLC

WWW.TALEGALGROUP.COM

**TAIMUR ALAMGIR, ESQ.**
DIRECT: (914) 552-2669
EMAIL: tim@talegalgroup.com

**TA LEGAL GROUP PLLC**
205 E MAIN STREET, STE 3-4
HUNTINGTON, NY 11743

April 13, 2025

**VIA ECF**

Honorable Robert W. Lehrburger
United States District Court
500 Pearl Street
New York, NY 10007

**Re:** *Hayes v. 355 Restaurant Group LLC et al*, S.D.N.Y. 24-CV-3468 (RMB)

Your Honor:

My firm represents the Plaintiff in the above-referenced matter. I respectfully write to request a brief extension of time to submit the ex parte settlement conference statement in advance of the April 21, 2026 settlement conference. The current deadline is April 14, 2026, and I am requesting an extension through April 16, 2026.

This short extension is requested to allow additional time to finalize the mediation statement in coordination with the client in view of Ms. Hayes' competing obligations and my own. I appreciate the Court's consideration of this request and do not anticipate that this brief extension will cause any delay or prejudice to any party.

Thank you for your time and consideration.

Respectfully Submitted,
**TA LEGAL GROUP PLLC**

By: _____
Taimur Alamgir

Granted.

SO ORDERED:

4/13/2026

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE